UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:18-CR-037 |
| v. ) | |
| ) | JUDGES VARLAN/GUYTON |
| RHONDA G. PEEBLES ) | |

**MOTION TO UNSEAL**

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this motion to unseal the Indictment as to Rhonda G. Peebles. The above-named defendant was arrested on or about June 19, 2018, and is now in federal custody in the Western District of Missouri.

Wherefore, the undersigned moves to unseal the Indictment in order to provide the U.S. Attorney's Office for the Western District of Missouri a copy of the Indictment filed in this case.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: s/ Caryn L. Hebets
CARYN L. HEBETS
Assistant United States Attorney
800 Market Street, Ste. 211
Knoxville, TN 37902
(865) 545-4167